## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| DD ENERGETICS INC., f/k/a DIAMONDBACK INDUSTRIES, INC., and DERREK DRURY,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:21-CV-00905-P |

## JOINT NOTICE OF STIPULATION

Pursuant to Rule 29 of the Federal Rules of Civil Procedure and this Court's Scheduling Order [Doc. #12], Plaintiffs, DD Energetics Inc., f/k/a Diamondback Industries, Inc. and Derrek Drury ("Plaintiffs"), together with Defendant Travelers Casualty and Surety Company of America ("Defendant," or collectively the "Parties") file this Joint Notice of Stipulation, to advise the Court as follows:

1. The Parties have stipulated and agreed to extend the "Completion of Discovery" date in ¶ 6 of this Court's Scheduling Order to **Monday, August 1, 2022**.

2. The Parties have stipulated and agreed to extend the "Initial Designation of Expert(s)" date in ¶ 4 a. of this Court's Scheduling Order to **Monday, May 2, 2022**.

3. The Parties have stipulated and agreed to extend the "Responsive Designation of Expert(s)" date in ¶ 4 b. of this Court's Scheduling Order to **Wednesday, June 1, 2022**.

4.      This notice is being provided pursuant to the Court's Scheduling Order, and the

Parties submit that these agreements do not effect or interfere with the trial

setting, or the deadlines for dispositive motions, expert challenges or pretrial

submissions.

**Respectfully submitted,**

**BLAIES & HIGHTOWER, L.L.P.**

*/s/ Greg S. Gober (with permission)*
Gregory P. Blaies
State Bar No. 02412650
Email: gregblaies@bhilaw.com
Grant D. Blaies
State Bar No. 00783669
Email: grantblaies@bhilaw.com
Greg S. Gober
State Bar No. 00785916
Email: ggober@bhilaw.com
Brian K. Garrett
State Bar No. 24074254
Email: bgarrett@bhilaw.com
420 Throckmorton Street, Suite 1200
Fort Worth, TX 76102
(817) 334-0800
(817) 334-0574 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

**WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP**

*/s/ Thomas M. Spitaletto*
J. Price Collins (TSBN 04610700)
price.collins@wilsonelser.com
Thomas M. Spitaletto (TSBN 00794679)
thomas.spitaletto@wilsonelser.com
901 Main Street, Suite 4800
Dallas, Texas 75202
(214) 698-8000 (Telephone)
(214) 698-1101 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via electronic notice through the Court's ECF system on January 6, 2022.

*/s/ Thomas M. Spitaletto*
Attorney