IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DD ENERGETICS INC. f/k/a §<br>DIAMONDBACK INDUSTRIES, INC. §<br>and DERREK DRURY, §<br>  §<br>  Plaintiffs, § | § | CIVIL ACTION NO. |
| § | | |
| v. § | § | 4:21-CV-00905-P |
| § | | |
| TRAVELERS CASUALTY AND §<br>SURETY COMPANY OF AMERICA, §<br>  §<br>  Defendant. § | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs DD ENERGETICS INC. F/K/A DIAMONDBACK INDUSTRIES, INC. ("Diamondback") and DERREK DRURY ("Drury") (together, the "Plaintiffs") and Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Defendant"), through their undersigned counsel, hereby jointly stipulate to the dismissal of this action, with prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear his, her, or its own costs. This disposes of the entire action.

Respectfully submitted,

By: _____
    GREGORY P. BLAIES
    State Bar No. 02412650
    Email: gregblaies@bhilaw.com
    GREG S. GOBER
    State Bar No. 00785916
    Email: ggober@bhilaw.com
    BRIAN K. GARRETT
    State Bar No. 24074254
    Email: bgarrett@bhilaw.com

**BLAIES & HIGHTOWER, L.L.P.**
420 Throckmorton Street, Suite 1200
Fort Worth, Texas 76102
817.334.0800 telephone
817.334.0574 facsimile

ATTORNEYS FOR PLAINTIFFS

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /s/ Thomas M. Spitaletto
    THOMAS M. SPITALETTO
    State Bar No. 10512587
    thomas.spitaletto@wilsonelser.com
    901 Main Street, Suite 4800
    Dallas, Texas 75202
    (214) 698-8000 (Telephone)
    (214) 698-1101 (Facsimile)

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing document was filed through the Court's CM/ECF filing system, and by virtue of this filing notice will be sent electronically to all counsel of record, including the following on this the 23rd day of May, 2022:

| | |
|---|---|
| J. Price Collins | _____ FACSIMILE |
| Thomas M. Spitaletto | _____ CERTIFIED MAIL, RRR |
| WILSON ELSER MOSKOWITIZ EDELMAN & DICKER, LLP | _____ U.S. FIRST CLASS MAIL |
| 901 Main Street, Suite 4800 | _____ HAND DELIVERY |
| Dallas, Texas 75202 | \_\_\_X\_\_\_ ELECTRONIC TRANSMISSION |
| price.collins@wilsonelser.com | |
| thomas.spitaletto@wilsonelser.com | |

_____
Of Blaies & Hightower, L.L.P.